<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter 15

☐ Check if this is an amended filing

Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding   12/15

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| | |
|---|---|
| 1. **Debtor's name** | Global Cord Blood Corporation |

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other 227732 . Describe identifier Cayman Islands ID number .

**For individual debtors:**

☐ Social Security number:   xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____. Describe identifier _____.

| | |
|---|---|
| 3. **Name of foreign representative(s)** | Margot MacInnis, John Royle, and Chow Tsz Nga Georgia |
| 4. **Foreign proceeding in which appointment of the foreign representative(s) occurred** | In the Matter of Global Cord Blood Corp., FSD2022-0108 (Cayman Islands) |

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☑ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☐ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.

_____

_____

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☑ Yes

Debtor    Global Cord Blood Corporation                     Case number (*if known*)_____
          _____
          Name

8. **Others entitled to notice**    Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

9. **Addresses**

**Country where the debtor has the center of its main interests:**

Cayman Islands
_____

**Debtor's registered office:**

94 Solaris Avenue
_____
Number          Street

PO Box 1348
_____
P.O. Box

Grand Cayman KY1-1108
_____
City          State/Province/Region    ZIP/Postal Code

Cayman Islands
_____
Country

**Individual debtor's habitual residence:**

_____
Number          Street

_____
P.O. Box

_____
City     State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

2nd Floor, Century Yard, Cricket Square
_____
Number          Street

PO Box 1044
_____
P.O. Box

Grand Cayman KY1-1102
_____
City     State/Province/Region    ZIP/Postal Code

Cayman Islands
_____
Country

10. **Debtor's website** (URL)    https://www.globalcordbloodcorp.com
_____

11. **Type of debtor**    *Check one:*

☑ Non-individual (*check one*):

☑ Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

☐ Partnership

☐ Other. Specify: _____

☐ Individual

Debtor     Global Cord Blood Corporation                           Case number (*if known*)_____
           <u>Name</u>

---

**12. Why is venue proper in *this district*?**

*Check one:*

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:
_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:
_____.

---

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

✗ _____          Margot MacInnis
    Signature of foreign representative          Printed name

Executed on    <u>10/07/2022</u>
               MM / DD / YYYY

✗ _____          John Royle
    Signature of foreign representative          Printed name

Executed on    <u>10/07/2022</u>
               MM / DD / YYYY

---

**14. Signature of attorney**

✗ /s/   Joshua Dorchak                    Date    <u>10/07/2022</u>
    Signature of Attorney for foreign representative       MM / DD / YYYY

Joshua Dorchak
Printed name

Morgan, Lewis & Bockius LLP
Firm name

101 Park Avenue
Number        Street

New York                              NY        10178
City                                  State      ZIP Code

(212) 309-6700                        joshua.dorchak@morganlewis.com
Contact phone                         Email address

3934031                               NY
Bar number                            State

---