# **EXHIBIT B**

John C. Goodchild, III
Joshua Dorchak
Matthew C. Ziegler
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Email: john.goodchild@morganlewis.com
Email: joshua.dorchack@morganlewis.com
Email: matthew.ziegler@morganlewis.com

David K. Shim
Matthew Kent Stiles
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT 06103-3178
Telephone: (860) 240-2700
Email: david.shim@morganlewis.com
Email: matthew.stiles@morganlewis.com

*Attorneys for Margot MacInnis, John Royle, and Chow Tsz Nga Georgia in their Capacities as Joint Provisional Liquidators and Foreign Representatives for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GLOBAL CORD BLOOD CORPORATION,<br><br>Debtor in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 22-_____ (____) |

**STATEMENT IDENTIFYING FOREIGN**
**PROCEEDINGS PURSUANT TO 11 U.S.C. § 1515(c)**

Margot MacInnis, John Royle and Chow Tsz Nga Georgia (the "JPLs") are the court-appointed joint provisional liquidators for Global Cord Blood Corporation (the "Debtor") in a proceeding commenced pursuant to Section 92 of the Companies Act (2022 Revision) pending before the Grand Court of the Cayman Islands, Financial Services Division (the "Cayman Proceeding").  The JPLs are the duly authorized foreign representatives of the Debtor as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code"). On October 7, 2022, the JPLs commenced this Chapter 15 case by filing, on behalf of the Debtor and pursuant to

---

[1] The Debtor's Cayman Islands company registration number is 227732.  The Debtor's registered office is located at Mourant Governance Services (Cayman) Limited, 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands.

sections 1504 and 1515 of the Bankruptcy Code, the *Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief* along with Official Form 401 (*Chapter 15 Petition for Recognition of a Foreign Proceeding*).

Pursuant to 11 U.S.C. § 1515(c), the JPLs respectfully represent that the Cayman Proceeding is the only foreign proceeding (as such term is defined in section 101(23) of the Bankruptcy Code) pending with respect to the Debtor that is known to the JPLs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: ____October 7_____, 2022
Grand Cayman, Cayman Islands

_____
Margot MacInnis