**<u>EXHIBIT C</u>**

| | |
|---|---|
| John C. Goodchild, III | David K. Shim |
| Joshua Dorchak | Matthew Kent Stiles |
| Matthew C. Ziegler | **MORGAN, LEWIS & BOCKIUS LLP** |
| **MORGAN, LEWIS & BOCKIUS LLP** | One State Street |
| 101 Park Avenue | Hartford, CT 06103-3178 |
| New York, NY 10178-0060 | Telephone: (860) 240-2700 |
| Telephone: (212) 309-6000 | Email: david.shim@morganlewis.com |
| Email: john.goodchild@morganlewis.com | Email: matthew.stiles@morganlewis.com |
| Email: joshua.dorchack@morganlewis.com | |
| Email: matthew.ziegler@morganlewis.com | |

*Attorneys for Margot MacInnis, John Royle, and Chow Tsz Nga Georgia in their Capacities as
Joint Provisional Liquidators and Foreign Representatives for the Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| GLOBAL CORD BLOOD CORPORATION, | Case No. 22-_____ (____) |
| Debtor in a Foreign Proceeding.[1] | |

## <u>LIST PURSUANT TO BANKRUPTCY RULE 1007(a)(4)</u>

Margot MacInnis, John Royle, and Chow Tsz Nga Georgia (the "<u>JPLs</u>") are the court-appointed joint provisional liquidators for Global Cord Blood Corporation (the "<u>Debtor</u>") in a proceeding commenced pursuant to Section 92 of the Companies Act (2022 Revision) pending before the Grand Court of the Cayman Islands, Financial Services Division (the "<u>Cayman Proceeding</u>"). The JPLs are the duly authorized foreign representatives of the Debtor as defined by section 101(24) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"). On October 7, 2022, the JPLs commenced this Chapter 15 case (the "<u>Chapter 15 Case</u>") by filing, on behalf of the Debtor and pursuant to sections 1504 and 1515 of the Bankruptcy Code, the *Verified Chapter*

---

[1] The Debtor's Cayman Islands company registration number is 227732. The Debtor's registered office is located at Mourant Governance Services (Cayman) Limited, 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands.

*15 Petition for Recognition of Foreign Proceeding and Related Relief* (the "Verified Petition")

along with Official Form 401 (*Chapter 15 Petition for Recognition of a Foreign Proceeding*).

The JPLs hereby file this list pursuant to Rule 1007(a)(4) of the Federal Rules of

Bankruptcy Procedure and respectfully states as follows:

**Administrators in Foreign Proceeding Concerning the Debtor**

1.    The JPLs are the foreign representatives, as that term is defined in section 101(24)

of the Bankruptcy Code, because they have been authorized by court order in the Cayman

Proceeding to act as the foreign representatives for the Debtor and to prosecute this Chapter 15

Case. *See* Exhibit A to the Verified Petition. The JPLs believe that they are the only people or body

authorized to administer the foreign proceedings of the Debtor.

2.    The JPLs believe that, other than the Cayman Proceeding and this Chapter 15 Case,

there are no foreign proceedings pending with respect to the Debtor.

3.    The JPLs addresses are:

Margot MacInnis
John Royle
Grant Thornton Specialist Services (Cayman) Limited
2nd Floor, Century Yard, Cricket Square
PO Box 1044
Grand Cayman KY1-1102
Cayman Islands

-and-

Chow Tsz Nga Georgia
Grant Thornton Recovery & Reorganisation Limited
11th Floor, Lee Garden Two
28 Yun Pin Road
Causeway Bay
Hong Kong S.A.R.

**Parties to Litigation Pending in the United States in Which the Debtor is a Party**

4.    There are currently no cases in the United States to which the Debtor is a Party.

2

**<u>Entities Against Which Provisional Relief Is Sought Pursuant to 11 U.S.C. § 1519</u>**

5.     The JPLs are not seeking provisional relief against any entities or individuals.

[rest of page left intentionally blank]

I declare under penalty of perjury under the laws of the United States of America that the

forgoing is true and correct to the best of my knowledge.

Date:    October 7, 2022
         Grand Cayman, Cayman Islands

_____
Margot MacInnis
*Managing Director*
Grant Thornton Specialist Services
(Cayman) Limited