**EXHIBIT D**

John C. Goodchild, III
Joshua Dorchak
Matthew C. Ziegler
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Email: john.goodchild@morganlewis.com
Email: joshua.dorchack@morganlewis.com
Email: matthew.ziegler@morganlewis.com

David K. Shim
Matthew Kent Stiles
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT 06103-3178
Telephone: (860) 240-2700
Email: david.shim@morganlewis.com
Email: matthew.stiles@morganlewis.com

*Attorneys for Margot MacInnis, John Royle, and Chow Tsz Nga Georgia in their Capacities as Joint Provisional Liquidators and Foreign Representatives for the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GLOBAL CORD BLOOD CORPORATION,<br><br>Debtor in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 22-_____ (\_\_\_\_) |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**BANKRUPTCY RULES 1007(a)(4) and 7007.1**

Margot MacInnis, John Royle, and Chow Tsz Nga Georgia (the "JPLs") are the court-appointed joint provisional liquidators for Global Cord Blood Corporation (the "Debtor") in a proceeding commenced pursuant to Section 92 of the Companies Act (2022 Revision) pending before the Grand Court of the Cayman Islands, Financial Services Division.  The JPLs are the duly authorized foreign representatives of the Debtor as defined by section 101(24) of title 11 of the United States Code (the "Bankruptcy Code").  On October 7, 2022, the JPLs commenced this Chapter 15 case by filing, on behalf of the Debtor and pursuant to sections 1504 and 1515 of the

---

[1] The Debtor's Cayman Islands company registration number is 227732.  The Debtor's registered office is located at Mourant Governance Services (Cayman) Limited, 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands.

Bankruptcy Code, the *Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief* along with Official Form 401 (*Chapter 15 Petition for Recognition of a Foreign Proceeding*).

The JPLs hereby file this Corporate Ownership Statement pursuant to Rules 1007(a)(4) and 7007.1 of the Federal Rules of Bankruptcy Procedure and state, on information and belief, that the Debtor is a publicly traded corporation and that the following "corporations," as such term is defined in the Bankruptcy Code, directly or indirectly own 10% or more of any class of the Debtor's equity interests:  Blue Ocean Structure Investment Company Limited.

Further, as required by Local Bankruptcy Rule 1007-3, on information and belief, there are no corporations whose securities are publicly traded in which the Debtor directly or indirectly owns 10% or more of any class of the corporation's equity interests, or any general or limited partnerships or joint ventures in which the Debtor owns an interest; provided, that if a certain disputed transaction announced in April 2022 between the Debtor and Cellenkos Inc. and others were to be consummated, the Debtor allegedly would have more than a 10% interest in Cellenkos Inc. and potentially partnerships with certain principals of Cellenkos Inc.

[*remainder of page left intentionally blank*]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief, based on the JPLs' investigation into the Debtor's affairs as of the date below.

Dated: October 7, 2022
       Grand Cayman, Cayman Islands

_____
Margot MacInnis