**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| GLOBAL CORD BLOOD CORPORATION, | Case No. 22-11347 (DSJ) |
| Debtor in a Foreign Proceeding.[1] | |

**ORDER (I) SCHEDULING RECOGNITION HEARING,**
**(II) SPECIFYING DEADLINE FOR FILING OBJECTIONS**
**AND (III) SPECIFYING FORM AND MANNER OF NOTICE**

Upon the application (the "Application")[2] of the JPLs, the authorized foreign representatives and the duly appointed joint provisional liquidators of Global Cord Blood Corporation (the "Debtor") for an order (i) scheduling a hearing (the "Recognition Hearing") on the relief requested in the *Verified Chapter 15 Petition for Recognition of Foreign Main Proceeding and Related Relief* and all exhibits appended thereto (the "Verified Petition"), (ii) setting the seventh day before the date of the Recognition Hearing as the deadline by which all objections to the Verified Petition must be filed, and (iii) approving the form of notice of the Recognition Hearing, it is hereby

**ORDERED**, that the Recognition Hearing shall be held before this Court in the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on **November 10, 2022 at 10:00 a.m. (Prevailing Eastern Time) via Zoom for Government. Those wishing to appear before the Court at the Recognition Hearing must register their appearance utilizing the Electronic Appearance portal located at the Court's**

---

[1] The Debtor's Cayman Islands company registration number is 227732.  The Debtor's registered office is located at Mourant Governance Services (Cayman) Limited, 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

website: https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl. **Appearances must be entered no later than November 9, 2022 at 4:00 p.m. (Prevailing Eastern Time);** and it is further **[DSJ 10/11/22]**

ORDERED, that the form of notice of the Recognition Hearing annexed to this Order as **Exhibit 1** (the "Notice") is hereby approved; and it is further

ORDERED, that the notice requirements set forth in section 1514(c) of the Bankruptcy Code are inapplicable in the context of this Chapter 15 case or are hereby waived; and it is further

ORDERED, that copies of the Notice Documents shall be served by United States mail, first class postage prepaid, and email where available, upon the Chapter 15 Notice Parties identified on the service list attached to the Application as **Exhibit B** within three (3) business days of entry of this Order; and it is further

ORDERED, that the JPLs are authorized to amend or supplement the Chapter 15 Notice Parties as needed without further order of this Court pursuant to Bankruptcy Rule 2002(q)(1); and it is further

ORDERED, that any party in interest wishing to submit a response or objection to the Verified Petition or the relief requested therein shall: (a) be in writing; (b) conform to the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and all General Orders applicable to chapter 15 cases in this Court; (c) be filed electronically with the Court on the docket of *In re Global Cord Blood Corporation*, Case No. 22-**11347-dsj**, by registered users of the Court's electronic filing system and in accordance with the General Order M-399 (which is available on the Court's website at http://www.nysb.uscourts.gov) **by November 3, 2022 at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline"); and (d) be promptly served on the following parties: (i) Chambers of the Honorable **David S. Jones**, United States Bankruptcy Court for the

Southern District of New York, One Bowling Green, New York, NY 10004; (ii) counsel to the JPLs, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: John C. Goodchild, III (john.goodchild@morganlewis.com), Joshua Dorchak (joshua.dorchak@morganlewis.com) and Matthew C. Ziegler (matthew.ziegler@morganlewis.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014; and (iv) all parties that requested notice in the above captioned Chapter 15 case pursuant to Bankruptcy Rule 2002; and it is further **[DSJ 10/11/22]**

**ORDERED**, that service pursuant to this Order shall be deemed good and sufficient service and adequate notice of the Recognition Hearing.

Dated: New York, New York
        October 11, 2022

                                     *s/ David S. Jones*
                                     Honorable David S. Jones
                                     United States Bankruptcy Judge

# EXHIBIT 1

**Notice of Filing and Hearing on Petition for Recognition
Under Chapter 15 of the Bankruptcy Code and Related Relief**

John C. Goodchild, III
Joshua Dorchak
Matthew C. Ziegler
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Email: john.goodchild@morganlewis.com
Email: joshua.dorchack@morganlewis.com
Email: matthew.ziegler@morganlewis.com

David K. Shim
Matthew Stiles
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT 06103-3178
Telephone: (860) 240-2700
Email: david.shim@morganlewis.com
Email: matthew.stiles@morganlewis.com

*Attorneys for Margot MacInnis, John Royle and Chow Tsz Nga Georgia in their Capacities as
Joint Provisional Liquidators and Foreign Representatives for the Debtor*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 15 |
| GLOBAL CORD BLOOD CORPORATION, | Case No. 22-_____  (____) |
| Debtor in a Foreign Proceeding.[1] | |

**NOTICE OF FILING OF AND HEARING ON
PETITION FOR RECOGNITION UNDER CHAPTER 15 OF THE
UNITED STATES BANKRUPTCY CODE AND RELATED RELIEF**

**PLEASE TAKE NOTICE** that on [            ], Margot MacInnis, John Royle, and Chow Tsz Nga Georgia (collectively, the "JPLs"), the authorized foreign representatives and the duly appointed joint provisional liquidators of Global Cord Blood Corporation (the "Debtor") in the proceeding (the "Cayman Proceeding") under the Companies Act (2022 revision) of the Cayman Islands, as amended, pending before the Grand Court of the Cayman Islands, Financial Services Division, commenced a Chapter 15 case ancillary to the Cayman Proceeding, seeking recognition of such foreign proceeding as a "foreign main proceeding" and relief in aid of the Cayman Proceeding in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") with respect to the Debtor.

**PLEASE TAKE FURTHER NOTICE** that the JPLs seek entry of an order (i) recognizing the Cayman Proceeding as a "foreign main proceeding" pursuant to section 1517 of Title 11 of the United States Code (the "Bankruptcy Code"), (ii) granting all relief available pursuant to sections 1520 and 1521 of the Bankruptcy Code, and (iii) such other and further relief

---

[1] The Debtor's Cayman Islands company registration number is 227732.  The Debtor's registered office is located at Mourant Governance Services (Cayman) Limited, 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands.

as is appropriate under the circumstances pursuant to sections 105(a) and 1507 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a hearing to consider the relief requested by the JPLs for [_____] on [_____] (the "Recognition Hearing"). Copies of the JPLs' *Verified Petition for Recognition of Foreign Proceeding and Related Relief* (the "Verified Petition") and all other accompanying documentation are available to parties-in-interest on the Bankruptcy Court's Electronic Case Filing System, which can be accessed at the Bankruptcy Court's website at http://nysb.uscourts.gov (a PACER login and password is required to retrieve a document) or upon written request to the JPLs' counsel (including email) addressed to:

> Morgan, Lewis & Bockius LLP
> Attn: David Shim
> One State Street
> Hartford, CT 06103-3178
> Email: david.shim@morganlewis.com

**PLEASE TAKE FURTHER NOTICE** that, at the hearing, the Court may order the scheduling of a case management conference to consider the efficient administration of the case.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to rule 9017 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and rule 44.1 of the Federal Rules of Civil Procedure, the JPLs hereby give notice of their intent to rely upon foreign law, namely, the law of the Cayman Islands, as discussed in the Verified Petition and the Fox Declaration.[2]

**PLEASE TAKE FURTHER NOTICE** that any party in interest wishing to submit a response or objection to the Verified Petition or the relief requested therein shall: (a) be in writing; (b) conform to the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules for the Southern District of New York, and all General Orders applicable to chapter 15 cases in this Court; (c) be filed electronically with the Court on the docket of *In re Global Cord Blood Corporation*, Case No. 22- [_____] (_____), by registered users of the Court's electronic filing system and in accordance with the General Order M-399 (which is available on the Court's website at http://www.nysb.uscourts.gov) **by [_____], 2022 at 4:00 p.m., prevailing Eastern Time** (the "Objection Deadline"); and (d) be promptly served on the following parties: (i) Chambers of the Honorable [_____], United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, NY 10004; (ii) counsel to the JPLs, Morgan, Lewis & Bockius LLP, 101 Park Avenue, New York, NY 10178, Attn: John C. Goodchild, III (john.goodchild@morganlewis.com), Joshua Dorchak (joshua.dorchak@morganlewis.com) and Matthew C. Ziegler (matthew.ziegler@morganlewis.com); (iii) the Office of the United States Trustee for the Southern District of New York, 201 Varick Street, Suite 1006, New York, NY 10014; and (iv) all parties that requested notice in the above captioned Chapter 15 case pursuant to Bankruptcy Rule 2002.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Verified Petition.

**PLEASE TAKE FURTHER NOTICE** that all parties in interest opposed to the Verified Petition or the relief requested therein must appear at the Recognition Hearing at the time and place set forth above.

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely served as provided herein, the Court may grant the relief requested in the Verified Petition without further notice.

**PLEASE TAKE FURTHER NOTICE** that the Recognition Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

Dated: _____, 2022
　　　　New York, New York

By:_____
John C. Goodchild, III
Joshua Dorchak
Matthew C. Ziegler
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY  10178-0060
Telephone: (212) 309-6000
Email: john.goodchild@morganlewis.com
Email: joshua.dorchack@morganlewis.com
Email: matthew.ziegler@morganlewis.com

-and-

David K. Shim
Matthew Kent Stiles
**MORGAN, LEWIS & BOCKIUS LLP**
One State Street
Hartford, CT 06103-3178
Telephone: (860) 240-2700
Email: david.shim@morganlewis.com
Email: matthew.stiles@morganlewis.com

*Attorneys for Margot MacInnis, John Royle, and Chow Tsz Nga Georgia in their Capacities as Joint Provisional Liquidators and Foreign Representatives for the Debtor*