Daniel J. Saval
John G. Conte
**KOBRE & KIM LLP**
800 Third Avenue
6th Floor
New York, New York 10022
Tel: (212) 488-1200
Daniel.Saval@kobrekim.com
John.Conte@kobrekim.com

*Counsel to Golden Meditech Stem Cells (BVI) Company Limited*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>GLOBAL CORD BLOOD CORPORATION,<br><br>Debtor in a Foreign Proceeding[1] | Chapter 15<br><br>Case No. 22-11347- (DSJ) |

**CORPORATE OWNERSHIP STATEMENT
PURSUANT TO BANKRUPTCY RULES 1012(c) AND 7007.1**

Pursuant to Rules 1012(c) and 7007.1 of the Federal Rules of Bankruptcy Procedure, Golden Meditech Stem Cells (BVI) Company Limited ("**GMSC**"), by and through its undersigned counsel, hereby certifies that GMSC is 100% owned by Magnum Opus International Holdings Limited, an entity which is 100% owned by Kam Yuen.

---

[1] As explained in the *Objection of Golden Meditech Stem Cells (BVI) Company Limited to Verified Chapter 15 Petition for Recognition Proceeding and Related Relief*, filed contemporaneously herewith, notwithstanding the case caption above, Global Meditech Stem Cells (BVI) Company Limited disputes that Global Cord Blood Corporation is a "debtor" in a "foreign proceeding" under Chapter 15 of the United States Bankruptcy Code.

Dated: November 3, 2022
New York, New York

*/s/ Daniel J. Saval*
KOBRE & KIM LLP
Daniel J. Saval
John G. Conte
800 Third Avenue
New York, New York 10022
Telephone: (212) 488-1200
daniel.saval@kobrekim.com
john.conte@kobrekim.com

*Counsel to Golden Meditech Stem Cells (BVI) Company Limited*