UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>GLOBAL CORD BLOOD CORPORATION,<br><br>Debtor in a Foreign Proceeding.[1] | Chapter 15<br><br>Case No. 22-11347- (DSJ) |

**ORDER DENYING VERIFIED CHAPTER 15 PETITION
FOR RECOGNITION OF FOREIGN PROCEEDING AND RELATED RELIEF**

This matter was brought by Margot MacInnis, John Royle, and Chow Tsz Nga Georgia (collectively, the "**JPLs**"), the joint provisional liquidators of Global Cord Blood Corporation (the "**Debtor**"), upon their filing of the *Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief* (the "**Verified Petition**") [Docket No. 2], pursuant to sections 1504 and 1515 of title 11 of the United States Code (the "**Bankruptcy Code**"), commencing the above-captioned Chapter 15 case.

In support of the Verified Petition, the JPLs filed (i) the *Declaration of Margot MacInnis in Support (I) Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief and (II) Application to Approve Notice Procedures Pursuant to Chapter 15 of the Bankruptcy Code* [Docket No. 3] (the "**MacInnis Declaration**"), and (ii) the *Declaration of Nicholas Fox in Support of (I) Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief and (II) Application to Approve Notice Procedures Pursuant to Chapter 15 of the Bankruptcy Code* [Docket No. 4] (together with the MacInnis Declaration, the "**Supporting Declarations**").

---

[1] The Debtor's Cayman Islands company registration number is 227732. The Debtor's registered office is located at Mourant Governance Services (Cayman) Limited, 94 Solaris Avenue, Camana Bay, PO Box 1348, Grand Cayman KY1-1108, Cayman Islands.

1

On November 3, 2022, Golden Meditech Stem Cells (BVI) Company Limited ("**Golden Med**") filed an objection to the Verified Petition [Docket No. 12] (the "**Objection**"). In support of the Objection, Golden Med submitted (i) the *Declaration of John G. Conte in Support of Objection of Golden Meditech Stem Cells (BVI) Company Limited to Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief* [Docket No. 13] (the "**Conte Declaration**"), and (ii) the *Declaration of Mohammed Jalil Asif K.C. in Support of Objection of Golden Meditech Stem Cells (BVI) Company Limited to Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief* [Docket No. 14] (together with the Conte Declaration, the "**Opposing Declarations**"). The Debtor's independent directors also filed the *Independent Directors' Statement in Support of Golden Meditech Stem Cells (BVI) Company Limited's Objection to Verified Chapter 15 Petition for Recognition of Foreign Proceeding and Related Relief* [Docket No. 16] (the "**Joinder**").

On November 7, 2022, the JPLs filed the *Foreign Representatives' Reply in Further Support of Recognition of Foreign Proceeding and Related Relief* [Docket No. 26] (the "**Reply**") and the *Reply Declaration of Nicholas Fox in Further Support of Verified Chapter 15 Petition and in Response to Declaration of Mohammed Jalil Asif KC* [Docket No. 27] (the "**Reply Declaration**").

On November 10, 2022, the Court held a hearing to consider the Verified Petition (the "**Recognition Hearing**") and heard arguments from counsel for the JPLs and counsel for Golden Med.

Having reviewed the Verified Petition, the Supporting Declarations, the Objection, the Opposing Declarations, the Reply, and the Reply Declaration, and based upon the arguments of counsel and the record established at the Recognition Hearing, on December 5, 2022, this Court

2

issued its *Memorandum of Decision and Order Denying Chapter 15 Petition for Recognition of a Foreign Proceeding* [Docket No. 31] ("**Memorandum of Decision**").

The Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and 11 U.S.C. § 1501 and the *Amended Standing Order of Reference of the United States District Court for the Southern District of New York*, dated January 31, 2012, Reference M-431. *In re Standing Order of Reference Re*: Title 11, 12 Misc. 00032 (S.D.N.Y. Jan. 31, 2012) (Preska, C.J.); and the matter being a core proceeding pursuant to 28 U.S.C. § 157; it is hereby

ORDERED that:

1.    For the reasons set forth in the Memorandum of Decision, the Verified Petition is denied, without prejudice to future applications for recognition by the JPLs or other authorized representatives of Global Cord Blood Corporation if warranted by future developments in the Cayman Proceeding or elsewhere.

2.    The Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

Dated: New York, New York
       December 8, 2022

                                        *s/ David S. Jones*
                                       HONORABLE DAVID S. JONES
                                       UNITED STATES BANKRUPTCY JUDGE